NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rogelio J. Whitten,<br><br>        Petitioner,<br><br>vs.<br><br>Robert Stewart, et al.<br><br>        Respondents. | No. CV07-0669-PHX-SRB<br><br>**ORDER** |

      Petitioner filed his Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on July 2, 2007 claiming 1) trial counsel was ineffective in violation of the Sixth Amendment; 2) the trial court erred in granting immunity to two witnesses; 3) insufficient evidence supported Petitioner's convictions; and 4) Petitioner's Sixth Amendment right was violated due to a lack of physical evidence connecting Petitioner to the gun used in the crime. On August 27, 2007, Respondents filed their answer to Petitioner's Petition for Writ of Habeas Corpus. No reply was filed. On October 5, 2007, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied.

      In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

1    The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court.
5    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied
6 and dismissed with prejudice.
7    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

9    DATED this 5th day of November, 2007.

_____
Susan R. Bolton
United States District Judge

- 2 -